THE STATE OF TEXAS
EL PASO COUNTY
121-00140-CV



Joseph Carlson
6848 Orizaba Ave
El Paso TX 79912

In The Justice Court

Justice of The Peace, Precinct One

VS.
New Mexico State University
2850 Wedell St
Las Cruces NM 88003

El Paso County, Texas

## SMALL CLAIMS/ DEBT CLAIM CITATION

The State of Texas to New Mexico State University, defendant, in the hereinafter-styled and numbered cause:

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But, you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

This citation is issued pursuant to a petition filed by the above-named plaintiff on 09/16/2021. The plaintiff's attorney's address: (or if no attorney plaintiff's address: 6848 Orizaba AVE El Paso TX 79912). Your answer may be filed with this court, located at Justice of The Peace, Precinct One.

Signed and issued on this the 16th day of September, 2021.

_____
Clerk of the Court, Benjamin Garza
(915)534-3917

or

_____
Judge Robert T Pearson
Justice of the Peace, Precinct One
424 Executive Center, Suite 100 El Paso Texas 79902
(915)534-3917

Received
SEP 21 2021
NMSU
University General Counsel

**PETITION: SMALL CLAIMS CASE**

CASE NO. (court use only) 121-00140-CV   In the Justice Court, Precinct #1,
El Paso County, Texas

PLAINTIFF Joseph Carlson

VS.

DEFENDANT(S): New Mexico State University
Defendant(s) contact info: 2850 Weddell St, Las Cruces, NM 88003

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
Violation of ADA, discrimination against persons with a disability and discrimination based on religious beliefs. NMSU is not following medical science and is discriminating against a class of people based on religion and disability - Autism.

RELIEF: Plaintiff seeks damages in the amount of $20,000, and/or return of personal property as described as follows (be specific): Discrimination and violation of constitution which has a value of $20,000 as well as HIPPA laws. Making non-scientific and discriminatory policies.
Additionally, plaintiff seeks the following: All charges will be dropped if the university stops its discriminatory, non scientific policies of forcing one class of students to do rigorous weekly testing for not receiving a vaccine.

SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

[X] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: Pupfishcounseling@yahoo.com

Petitioner's Printed Name

Signature of Plaintiff or Attorney [signature]

6348 Orizaba Ave
Address of Plaintiff's Attorney, if any, or Plaintiff if none

El Paso  TX  79912
City      State   Zip

DEFENDANT(S) INFORMATION (if known):
DATE OF BIRTH:
* LAST 3 NUMBERS OF DRIVER LICENSE:
* LAST 3 NUMBERS OF SOCIAL SECURITY:
DEFENDANT'S PHONE #: 575 646 0111

713 504 2681
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

Sworn to and subscribed before me this 16th day of September, 2021.

[signature]
Clerk of the Court or Notary

[SEAL: JUSTICE COURT PCT. 1 PL 1 EL PASO COUNTY, TEXAS]

**JUDGE ROBERT T. PEARSON**
**JUSTICE OF THE PEACE PRECINCT. 1**
424 EXECUTIVE CENTER, SUITE 100
EL PASO, TX 79902-1043



7010 1870 0000 1410 0387


CERTIFIED MAIL


ZIP 79901 $006.46
U.S. POSTAGE PITNEY BOWES

Case No. 121-00140-CV
New Mexico State University
2850 Wedell St
Las Cruces NM 88003

JGC

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    New Mexico State University
    2850 Wedell Street
    Las Cruces, NM 88003

    Cause # 121-00140-CV

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery  9/21/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

   7010 1870 0000 1410 0387

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540