UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSEPH CARLSON, | § § § | |
| *Plaintiff,* | § | |
| v. | § § | EP-21-CV-00252-DCG |
| NEW MEXICO STATE UNIVERSITY, | § § | |
| *Defendant.* | § § | |

## FINAL JUDGMENT

In accordance with the Court's "Memorandum Order" issued this date in this action, the Court enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just reason for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS THEREFORE ORDERED** that Plaintiff's Joseph Carlson's claims against NMSU asserted in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this __17th__ day of February 2022.**

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE